**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3831EA

_____

| | |
|---|---|
| S. W. Boston, as ward of Peter Northington; Phillip Mays, on behalf of themselves and all other similarly situated, | * <br> * <br> * <br> * <br> * |
| Appellants, | * <br> * |
| v. | * <br> * |
| United Insurance Company of America; Unitrin, Inc.; Richard Carl Vie, | * <br> * <br> * |
| Appellees. | * |

_____

No. 97-3968EA

_____

| | |
|---|---|
| Ollie Wheaton, Individually and on behalf of all others similarly situated, | * <br> * <br> * |
| Appellant, | * <br> * |
| v. | * <br> * |
| United Insurance Company of America; Unitrin, Inc.; Richard C. Vie, | * <br> * <br> * |
| Appellees. | * |

Appeals from the United States
District Court for the Eastern
District of Arkansas.

[UNPUBLISHED]

_____

Submitted:  April 17, 1998
Filed:  April 22, 1998
_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

This appeal has been submitted on the briefs.  Having considered the record and the parties' submissions, we agree with the district court's analysis.  We conclude that no error of law appears in the district court's order and that an extended discussion is unnecessary.  We also decline to consider the arguments appellants raise for the first time on appeal.  We thus affirm for the reasons stated in the district court's order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.